**WO**

NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CATHERINE MCALLISTER, | No. 09-CV-1075-PHX-GMS |
| Plaintiff, | **TEMPORARY RESTRAINING ORDER** |
| vs. | |
| INDYMAC FEDERAL BANK, F.S.B., | |
| Defendant. | |

On May 21, 2009, the Court issued a Temporary Restraining Order ("TRO") enjoining Defendant from conducting or pursuing a trustee sale of property located at 4241 W. Monte Cristo Avenue, Phoenix, Arizona 85053 for a period of ten days. (Dkt. # 8.) Pending before the Court is the Emergency Application for Reissuance or Extension of Temporary Restraining Order and Petition for Order to Show Cause of Plaintiff Catherine McAllister. (Dkt. # 11.) Although Defendant apparently complied with the original TRO, Defendant has now rescheduled the trustee sale of the subject property for 12:00 P.M., June 15, 2009. Consequently, Plaintiff requests that this Court reissue or extend the TRO previously issued by the Court. Plaintiff has now filed a certificate of service with the Court indicating that Defendant has been served and provided with copies of all relevant filings. (Dkt. # 10.)

For the reasons discussed in the May 21 TRO and good cause appearing, Plaintiff is entitled to reissuance of temporary injunctive relief. Therefore,

1   **IT IS HEREBY ORDERED** that Plaintiff's Application for Reissuance or Extension of Temporary Restraining Order (Dkt. # 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant and its appointed Trustee are enjoined for a period of **TEN (10) DAYS** from the date and time of the issuance of this Order from conducting or pursuing in any way a trustee's sale of Plaintiff's property located at 4241 W. Monte Cristo Avenue, Phoenix, Arizona 85053.

**IT IS FURTHER ORDERED** that this Order is binding on Defendant; Defendant's officers, agents, servants, employees, and attorneys; and any person acting in concert or participation with anyone previously described and having actual notice hereof.

**IT IS FURTHER ORDERED** that no bond is required of Plaintiff for this TRO extension.

**IT IS FURTHER ORDERED** that the matter of a preliminary injunction is placed on an expedited briefing schedule given the nature of the TRO. Plaintiff shall file a memorandum in support of her request for a preliminary injunction before **5 p.m.** on **Monday, June 15, 2009**. Defendant shall file (1) a notice of appearance and (2) a response to Plaintiff's memorandum before **5 p.m.** on **Wednesday, June 24, 2009**. Plaintiff shall file a reply memorandum before **5 p.m.** on **Friday, June 26, 2009**.

**IT IS FURTHER ORDERED** setting a hearing on Plaintiff's request for a Preliminary Injunction for **Monday, June 29, 2009** at **11:00 a.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151.

**IT IS FURTHER ORDERED** directing Plaintiff to serve notification of this Order upon Defendant. Plaintiff is further directed to provide a copy of this Order to Defendant within **twenty-four hours** of its issuance.

DATED this 11th day of June, 2009, 10:00 a.m.

_____
G. Murray Snow
United States District Judge