**WO**

NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CATHERINE MCALLISTER, | No. CV-09-1075-PHX-GMS |
| Plaintiff, | **TEMPORARY RESTRAINING ORDER** |
| vs. | |
| INDYMAC FEDERAL BANK, F.S.B., | |
| Defendant. | |

Pending before the Court is the Application for a Preliminary Injunction of Plaintiff Catherine McAllister. (Dkt. # 13.) On June 21, 2009, the Court issued a Temporary Restraining Order ("TRO") enjoining Defendant Indymac Federal Bank from conducting or pursuing a trustee sale of property located at 4241 W. Monte Cristo Avenue, Phoenix, Arizona 85053 for a period of ten days. (Dkt. # 8.) On June 11, 2009, the Court extended the TRO for a additional period of ten days. (Dkt. # 12.) The Court conducted a hearing on Plaintiff's Application for a Preliminary Injunction on June 29, 2009. (Dkt. # 17.) At the hearing, the parties stipulated to a twenty-day extension of the TRO, during which time Defendant would provide Plaintiff with the documentation requested in her Qualified Written Request.

Therefore, for the reasons discussed on the record:

**IT IS HEREBY ORDERED** that Plaintiff's Application for a Preliminary Injunction is (Dkt. # 13) is **DENIED**.

1  **IT IS FURTHER ORDERED** that Defendant and its appointed Trustee are enjoined for a period of **TWENTY (20) DAYS** from the date and time of the issuance of this Order from conducting or pursuing in any way a trustee's sale of Plaintiff's property located at 4241 W. Monte Cristo Avenue, Phoenix, Arizona 85053.

**IT IS FURTHER ORDERED** that Defendant provide the documentation requested in Plaintiff's Qualified Written Request to Plaintiff before the expiration of the twenty-day TRO extension.

**IT IS FURTHER ORDERED** that Defendant and its appointed Trustee are additionally enjoined for a period of **FORTY-FIVE (45) DAYS** from the date and time that Defendant provides Plaintiff with the documentation requested in her Qualified Written Response from conducting a trustee's sale of Plaintiff's property located at 4241 W. Monte Cristo Avenue, Phoenix, Arizona 85053.

**IT IS FURTHER ORDERED** that this Order is binding on Defendant; Defendant's officers, agents, servants, employees, and attorneys; and any person acting in concert or participation with anyone previously described and having actual notice hereof.

**IT IS FURTHER ORDERED** that no bond is required of Plaintiff for this TRO extension.

**IT IS FURTHER ORDERED** setting a telephonic status conference for **Wednesday, July 29, 2009**, at **9:30 a.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151.

DATED this 30th day of June, 2009, 8:00 a.m.

_G. Murray Snow_
United States District Judge

- 2 -