**WO**

NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CATHERINE MCALLISTER,<br><br>    Plaintiff,<br><br>vs.<br><br>INDYMAC FEDERAL BANK, F.S.B.,<br><br>    Defendant. | No. CV-09-1075-PHX-GMS<br><br>**TEMPORARY RESTRAINING ORDER** |

A Telephonic Status Conference was held on July 29, 2009. Pursuant to the parties' Stipulation and for the reasons discussed on the record,

**IT IS HEREBY ORDERED** upon the Stipulation and agreement of the parties that Defendant and its appointed Trustee are enjoined for an additional period of **THIRTY-EIGHT (38) DAYS** from the date and time of the issuance of this Order from conducting or pursuing in any way a trustee's sale of Plaintiff's property located at 4241 W. Monte Cristo Avenue, Phoenix, Arizona 85053.

**THE COURT FURTHER REAFFIRMS** that Defendant and its appointed Trustee are enjoined from holding a Trustee Sale of Plaintiff's property located at 4241 W. Monte Cristo Avenue, Phoenix, Arizona 85053 for a period of **FORTY-FIVE (45) DAYS** from the date and time that Defendant provides Plaintiff with the complete documentation requested in her Qualified Written Response.

1     **IT IS FURTHER ORDERED** that this Order is binding on Defendant; Defendant's officers, agents, servants, employees, and attorneys; and any person acting in concert or participation with anyone previously described and having actual notice hereof.

    **IT IS FURTHER ORDERED** that no bond is required of Plaintiff for this TRO extension.

    **IT IS FURTHER ORDERED** setting a telephonic status conference for **Friday, September 4, 2009**, at **10:00 a.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151.

    DATED this 29th day of July, 2009, 11:00 a.m.

G. Murray Snow
United States District Judge